UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER BAY OPERATING UNIT SELF-FUNDED HEALTH PLAN,<br><br>        Defendant. | Case No. 22-cv-00638-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 28 |

Plaintiff filed a notice of settlement advising the Court that the above captioned matter has settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: September 20, 2022

_____
SALLIE KIM
United States Magistrate Judge